## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHNNY ORTIZ, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Case No. 03-11-DRH-PMF |
| WILLIAM J. KILQUIST, et al., | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Before the Court is plaintiff's "letter of transmittal," which the Clerk docketed as a motion to compel. This motion (Doc. No. 23) is CONSTRUED as a motion for injunctive relief.

Plaintiff is currently confined at Menard Correctional Center. In this litigation, he challenges the conditions of his pretrial detention at the Jackson County Jail pursuant to § 1983. Plaintiff states that, beginning in July, 2005, individuals working as librarians at Menard Correctional Center have interfered with his efforts to litigate civil and criminal lawsuits. Specifically, he describes delayed or restricted access to legal materials, legal directories, photocopy equipment, and lack of access to advice and assistance from trained individuals. He seeks an order directing nonparty K. Schorn to help him exercise his right of access to the courts.

The standards for a temporary restraining order or preliminary injunction are: (1) a reasonable likelihood of success on the merits, (2) no adequate remedy at law, and (3) irreparable harm if injunctive relief is denied. *Graham v. Med. Mut. of Ohio*, 130 F.3d 293, 295 (7th Cir. 1997).

The Court is not persuaded that Ortiz has been or is being deprived of his right of access to the Courts. *See Lewis v. Casey*, 518 U.S. 343 (1996). Federal courts accord wide-ranging deference

to correctional officials on questions of penal operations and policies. *Whitley v. Albers*, 475 U.S. 312 (1986). Under these circumstances, the Court is not inclined to issue a vague directive against a non-party on a claim that is not part of the pleadings. If plaintiff requires additional time to submit materials to the Court, he may seek an enlargement of time. Fed. R. Civ. P. 6(b).

    IT IS RECOMMENDED that plaintiff's motion for injunctive relief (Doc. No. 23) be DENIED.

    SUBMITTED:  **May 24, 2006** .

*s/Philip M. Frazier*
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**