IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHNNY ORTIZ,

      Plaintiff,

   -vs-                            No. 03-CV-11 DRH

WILLIAM J. KILQUIST and
JEFF WHITBECK,

      Defendants.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came before the Court on a Report and Recommendation by United States Magistrate Judge Phillip J. Frazier.

**IT IS ORDERED AND ADJUDGED** that the report is **ADOPTED** in its entirety. Defendants' Motion for Summary Judgment is **GRANTED** . Judgment is entered in favor of Defendants **WILLIAM J. KILQUEST** and **JEFF WHITBECK** and against Plaintiff **JOHNNY ORTIZ**.

**IT IS FURTHER ORDERED ADJUDGED** that the Plaintiff's Motion for Injunctive Relief is **DENIED.**

                                                          **NORBERT G. JAWORSKI, CLERK**

September 7, 2006.                              BY: s/Patricia Brown
                                                                 Deputy Clerk

APPROVED: /s/   David   RHerndon
           **U.S. DISTRICT JUDGE**