IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHNNY ORTIZ,

    Plaintiff,

v.

WILLIAM J. KILQUIST, et al.,

    Defendants.                                                    Case No. 03-cv-11-DRH

## ORDER

**HERNDON, Chief Judge:**

    Before the Court is Plaintiff's Motion for Extension of Time to File Objections to Report and Recommendation ("R&R") and for Order Directing Clerk to Serve Copies (Doc. 47). Magistrate Judge Frazier initially entered an R&R (Doc. 32) granting Defendants' Motion for Summary Judgment (Doc. 15) in this case. As Plaintiff had failed to timely object, the Court adopted the R&R (Doc. 33). However, the Court later vacated its Order (Doc. 46) upon granting Plaintiff's Motion for Reconsideration (Doc. 44), thereby allowing him an extension of time, until August 17, 2006, to file objections to the R&R.

    Again, Plaintiff seeks a further extension of time, filing this request after

the August 17th deadline.  Although Plaintiff claims that circumstances beyond his control did not provide for his timely preparation and filing of his objections, there is no reason why the motion for extension of time could not have at least been mailed by the August 17th deadline set by the Court.  Plaintiff's own Motion states that he at least had the means to obtain paper, pencil and a stamp by that date.  Plaintiff has been granted numerous extensions in this case, but the Court's generosity and patience has given out.

For this reason, Plaintiff's Motion (Doc. 47) is **DENIED**, whereby the Court **REINSTATES** its previous Order (Doc. 33), adopting the R&R granting Defendants' Motion for Summary Judgment (Doc. 15).  Summary judgment shall be entered in favor of Defendants.

Plaintiff is hereby advised of his right to appeal this Order with the United States Appellate Court for the Seventh Circuit.  The time for filing a Notice of Appeal shall be pursuant to **FEDERAL RULE OF APPELLATE PROCEDURE 4**.[1]  The Clerk

---

[1] Federal Rule of Appellate Procedure 4 - "Appeal as of Right – When Taken" states, in pertinent part:

(a) Appeal in a Civil Case.

(1) Time for Filing a Notice of Appeal.
   (A) In a civil case, except as provided in Rules 4(a)(1)(B), 4(a)(4), and 4(c), the notice of appeal required by Rule 3 must be filed with the district clerk within 30 days after the judgment or order appealed from is entered.
   (B) When the United States or its officer or agency is a party, the notice of appeal may be filed by any party within 60 days after the judgment or order appealed from is entered.
   (C) An appeal from an order granting or denying an application for a writ of error coram nobis is an appeal in a civil case for purposes of Rule 4(a).

\*\*\*

is instructed to close the case file.

**IT IS SO ORDERED.**

Signed this 3rd day of October, 2007.

                                                          /s/          DavidRHerndon
                                                          **Chief Judge**
                                                          **United States District Court**

---

(5) Motion for Extension of Time.
    (A) The district court may extend the time to file a notice of appeal if:
        (i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and
        (ii) regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause.
    (B) A motion filed before the expiration of the time prescribed in Rule 4(a)(1) or (3) may be ex parte unless the court requires otherwise. If the motion is filed after the expiration of the prescribed time, notice must be given to the other parties in accordance with local rules.
    (C) No extension under this Rule 4(a)(5) may exceed 30 days after the prescribed time or 10 days after the date when the order granting the motion is entered, whichever is later.

\*\*\*

(c) Appeal by an Inmate Confined in an Institution.

    (1) If an inmate confined in an institution files a notice of appeal in either a civil or a criminal case, the notice is timely if it is deposited in the institution's internal mail system on or before the last day for filing. If an institution has a system designed for legal mail, the inmate must use that system to receive the benefit of this rule. Timely filing may be shown by a declaration in compliance with 28 U.S.C. § 1746 or by a notarized statement, either of which must set forth the date of deposit and state that first-class postage has been prepaid.
    (2) If an inmate files the first notice of appeal in a civil case under this Rule 4(c), the 14-day period provided in Rule 4(a)(3) for another party to file a notice of appeal runs from the date when the district court dockets the first notice.
    (3) When a defendant in a criminal case files a notice of appeal under this Rule 4(c), the 30-day period for the government to file its notice of appeal runs from the entry of the judgment or order appealed from or from the district court's docketing of the defendant's notice of appeal, whichever is later.
\*\*\*