IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHNNY ORTIZ,

      Plaintiff,

-vs-                      No.  03-CV-11 DRH

WILLIAM J. KILQUEST and
JEFF WHITBECK,

      Defendants.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This action came before the Court on a Report and Recommendation by United States Magistrate Judge Phillip J. Frazier.

**IT IS ORDERED AND ADJUDGED** that the report is **ADOPTED** in its entirety. Defendants' Motion for Summary Judgment is **GRANTED.**  Judgment is entered in favor of Defendants **WILLIAM J. KILQUEST** and **JEFF WHITBECK** and against Plaintiff **JOHNNY ORTIZ.**

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's Motion for Injunctive Relief is **DENIED.**

                                                  **NORBERT G. JAWORSKI, CLERK**

October 5, 2007.                        BY: s/Patricia Brown
                                                    Deputy Clerk

APPROVED: /s/       DavidRHerndon
                    **Chief Judge**
                    **United States District Court**